# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4036

_____

Mark B. Price,      *
    *
        Appellant,     *
    *
    *   Appeal from the United States
      v.     *   District Court for the
    *   Eastern District of Missouri.
GKN Aerospace North America,     *
Inc.; John Mink; Mike Bishop,     *       [UNPUBLISHED]
    *
        Appellees.     *

_____

Submitted: November 14, 2007
Filed: December 4, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mark B. Price appeals the district court's[1] adverse grant of summary judgment in his lawsuit brought under the Family and Medical Leave Act (FMLA). Having conducted de novo review of the record and having considered Price's arguments for reversal, see Hanger v. Lake County, 390 F.3d 579, 582 (8th Cir. 2004) (standard of review), we agree with the district court that defendants' actions did not amount to willful FMLA violations, and that Price's lawsuit was time-barred because the two-

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

year limitations period applied, <u>see</u> 29 U.S.C. § 2617(c) (action may be brought no later than two years after date of last event constituting alleged FMLA violation, unless violation is willful, in which case limitations period is extended to three years). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____